# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 3, 2014

### NO. 03-14-00532-CV

**Pat Schumacher, Appellant**

**v.**

**The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificate Holders of the CWMBS Inc. Alternative Loan Trust 2003-8CB, Mortgage Pass-Through Certificates Series 2003-19, Appellee**

---

**APPEAL FROM COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES ROSE AND GOODWIN
DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE ROSE**

---

This is an appeal from the judgment signed by the trial court on March 19, 2014. Appellant has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.